UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case No. 1:21-cr-20077

 v.                                      Honorable Thomas L. Ludington
                                          United States District Judge

JASON DALE STOCK,

                                          Honorable Patricia T. Morris
            Defendant.                United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On October 27, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Jason Dale Stock's consent, after which Judge Morris issued her Report and Recommendation, recommending that this Court accept Defendant's guilty plea. ECF No. 25.

Although Judge Morris's Report stated that the parties could object and seek review within 14 days of service of the Report, neither Plaintiff nor Defendant have objected. Therefore, they have waived their right to appeal Judge Morris's finding that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 23, is taken **UNDER ADVISEMENT**.

Dated: November 18, 2021                    s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge